Certificate Number: 12433-OHN-DE-027015919

Bankruptcy Case Number: 15-13735


12433-OHN-DE-027015919

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2016, at 1:58 o'clock PM EST, Denise E. Leavitt completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: February 26, 2016

By: /s/Laura Gannon

Name: Laura Gannon

Title: Teacher