# OFFICE OF THE CHAPTER 13 TRUSTEE
## CRAIG SHOPNECK, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Craig Shopneck, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Craig Shopneck
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
  on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period July 01, 2016 through June 30, 2017

Case No: 15-13735-AIH                    Filed: June 30, 2015

Debtor: THOMAS LEAVITT                   Joint Debtor: DENISE LEAVITT
5300 AMHERST DRIVE                                     5300 AMHERST DRIVE

CLEVELAND, OH  44129                                   CLEVELAND, OH  44129

Attorney: MARC E DANN                    Required Plan Payment:   $1,843.00 MONTHLY
(216) 373-0539

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | | |
|---|---:|---:|---:|
| Plan Payments Received: | | | 70,412.83 |
| Disbursements: | | | |
| Principal | 54,089.02 | | |
| Interest | 8,289.85 | | |
| Attorney Fee | 0.00 | | |
| Trustee Fee | 3,648.33 | | |
| | | 66,027.20 | |
| Funds on Hand: | | 4,385.63 | |
| | | | 70,412.83 |

Page 1 of 2

433        0011000100010002020000



CASE NO: 15-13735-AIH
DEBTOR: THOMAS ALAN LEAVITT  JOINT DEBTOR: DENISE ELLEN LEAVITT

### RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Jul 04, 2016 | 250.00 | Jul 05, 2016 | 850.62 | Jul 15, 2016 | 850.62 | Jul 28, 2016 | 125.00 | Aug 01, 2016 | 850.62 |
| Aug 10, 2016 | 125.00 | Aug 15, 2016 | 850.62 | Aug 29, 2016 | 850.62 | Aug 31, 2016 | 150.00 | Sep 05, 2016 | 150.00 |
| Sep 12, 2016 | 850.62 | Sep 21, 2016 | 25.00 | Sep 21, 2016 | 125.00 | Sep 26, 2016 | 850.62 | Oct 10, 2016 | 150.00 |
| Oct 11, 2016 | 850.62 | Oct 24, 2016 | 850.62 | Oct 27, 2016 | 150.00 | Nov 07, 2016 | 850.62 | Nov 21, 2016 | 850.62 |
| Nov 21, 2016 | 150.00 | Dec 05, 2016 | 850.62 | Dec 19, 2016 | 850.62 | Dec 21, 2016 | 300.00 | Jan 03, 2017 | 850.62 |
| Jan 17, 2017 | 850.62 | Jan 26, 2017 | 300.00 | Jan 30, 2017 | 850.62 | Feb 13, 2017 | 850.62 | Feb 27, 2017 | 850.62 |
| Mar 06, 2017 | 300.00 | Mar 13, 2017 | 850.62 | Mar 27, 2017 | 850.62 | Apr 10, 2017 | 850.62 | Apr 24, 2017 | 850.62 |
| May 05, 2017 | 850.62 | May 22, 2017 | 850.62 | Jun 05, 2017 | 850.62 | Jun 19, 2017 | 850.62 | | |

### DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | NAVIENT SOLUTIONS INC | 4447 | Unsecured | .00 | .00 |
| 001NA | NAVIENT SOLUTIONS INC / USAF | 4447 | Unsecured | .00 | .00 |
| 002 | HSBC BANK USA AMERICAS SRVC CO | 6658 | Secured | 14,010.41 | 3,766.87 |
| 002A | HSBC BANK USA AMERICAS SRVC CO | 6658 | Unsecured | .00 | .00 |
| 002NA | HSBC BANK USA | | Unsecured | .00 | .00 |
| 002NA1 | ADAM B HALL ESQ | | Unsecured | .00 | .00 |
| 003 | NAVIENT SOLUTIONS INC | 4447 | Unsecured | 903.14 | .00 |
| 003NA | NAVIENT SOLUTIONS INC | | Unsecured | .00 | .00 |
| 799 | MARC E DANN | | Attorney Fees | .00 | .00 |
| | FIRST FEDERAL CREDIT CONTROL | ####0198 | Unsecured | .00 | .00 |
| | ENHANCED RECOVERY CORP | ####1302 | Unsecured | .00 | .00 |
| | FIRST PROGRESS/FIRST EQUITY | ####2223 | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 31,878.85 | 4,129.07 |